**Order entered July 13, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00307-CV

## THIEN  AN  VO, Appellant

## V.

## HARRIS COUNTY COMMISSIONERS COURT, ET AL., Appellees

### On Appeal from the 133rd District Court
### Harris County, Texas
### Trial Court Cause No. 2020-72816

## ORDER

Before the Court is appellant's July 12, 2021 motion to extend time to file her brief.  We note the reporter's record has not been filed and is not due until July 23, 2021.  Because appellant's brief is not due until the appellate record is complete, we **DENY** the motion as premature.  Appellant's brief shall be filed within thirty days of the filing of the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Darlene Stein, Official Court Reporter for the 133rd Judicial District Court, and the parties.

/s/    KEN MOLBERG
          JUSTICE